## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Elexis Delilha Cortez, | ) | Case No.: 1:25-cr-00193 |
| | ) | |
| Defendant. | ) | |

On April 7, 2026, the court ordered Defendant conditionally released to the Bismarck Transition Center ("BTC"). (Doc. No. 35).

On April 13, 2026, Defendant filed a *Motion to Amend Order Setting Conditions of Release*. (Doc. No. 36). Therein, Defendant advised that due to some confusion with the detention facility, she was not released as anticipated. Defendant now requests the court modify its previous Order to permit her to be released on April 14, 2026, at 10:30 AM to Mary Bauer, for transport to BTC by 12:30 PM.

The court **GRANTS** Defendant's motion. (Doc. No. 36). Defendant shall be released no earlier than 10:30 AM on April 14, 2026, to Mary Bauer for immediate transport to BTC. Defendant remains subject to all previously imposed conditions of release. (*See* Doc. No. 35).

**IT IS SO ORDERED.**

Dated this 13th day of April, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court